OPINION # _o-7525_ WAS NEVER ISSUED OR

WAS WITHDRAWN.